IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                               CAUSE NO.: 1:16CR038-SA

ABIGAIL LIMA                                                    DEFENDANT

ORDER GRANTING MOTION FOR RELEASE OF FUNDS

Presently before the Court is the Motion For Release of Funds [317] posted on the Defendant's behalf. The Government does not oppose the motion. Upon due consideration, and in light of the unopposed nature of the Defendant's motion, the Court finds that the motion should be granted.

Therefore, it is hereby ORDERED that:

1) the Motion For Release of Bond Security [317] is GRANTED; and

2) the Clerk of the Court shall remit all funds used as security for this Defendant, $1,000.00, to Elizabeth Lima at the mailing address on file at the Clerk's Office.

SO ORDERED this 20th day of December, 2017.

_____
U.S. DISTRICT JUDGE